UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAT LATOUR JOHNSON,<br><br>  Petitioner,<br><br>   v.<br><br>KATE POWELL SEGERSTROM, et al.,<br><br>  Respondents. | No. 2:17-cv-00201 GGH<br><br>ORDER |

      Petitioner filed on Petition for Habeas Corpus on January 30, 2017 together with a Petition for Immediate Hearing.  IT IS ORDERED that Petitioner's Motion for Immediate Hearing (ECF No. 5) is DENIED.

      Moreover, the petition states no cognizable claim pursuant to 28 U.S.C. section 2254, that petitioner is being incarcerated in violation of the federal Constitution or federal law.  As best as can be discerned, petitioner is simply offended that he is caught up in the state judicial system.  Petitioner will be given one opportunity to amend his petition to set forth a cognizable claim.

      Accordingly, the Clerk shall send petitioner the form for habeas corpus actions used in this district; THE PETITION IS DISMISSED WITH LEAVE TO AMEND.  Any amended petition shall be filed within thirty days.

Dated: February 5, 2017

                             /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE